

# Court of Appeals
# Fifth District of Texas at Dallas
## MANDATE

**TO THE COUNTY COURT AT LAW NO. 1 OF KAUFMAN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 27th day of March, 2018, the cause on appeal to affirm between

| | |
|---|---|
| MICHAEL ROY SANDERS, JR., Appellant | On Appeal from the County Court At Law No. 1, Kaufman County, Texas Trial Court Cause No. 16-90285-CC-M. |
| No. 05-17-00409-CR     V. | Opinion delivered by Justice Lang-Miers. Justices Brown and Whitehill participating. |
| THE STATE OF TEXAS, Appellee | |

was determined; and this Court made its order in these words:

> Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 7th day of June, 2018.

_____
LISA MATZ, Clerk